E-FILED
Friday, 22 February, 2013 01:19:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SANDRA GRAACK,<br><br>    Plaintiff,<br><br>v.<br><br>MIDWEST SENIOR CARE NETWORK, INC.<br>d/b/a HEALTH RESOURCES ALLIANCE,<br>INC.,<br><br>    Defendant. | Case No. 10-1115<br>Judge James E. Shadid<br>Magistrate Judge John A.<br>Gorman |

## ORDER OF DISMISSAL

This matter has come before the Court on the Stipulation for Dismissal submitted by the parties. It is Therefore Ordered that the action is dismissed with prejudice, each party bearing its own costs.

Entered: 2-21-13

s/Chief Judge James E. Shadid

United States District Judge or
Magistrate Judge

1